UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAVERNE REEDER,

                      Plaintiff,

        - against -

FREEDOM MORTGAGE CORPORATION,
STERN & EISENBERG,

                      Defendants.
------------------------------------------------------------X

**REPORT & RECOMMENDATION**
**23 CV 3740 (NRM)(LB)**

**BLOOM, United States Magistrate Judge:**

    *Pro se* plaintiff commenced this FDCPA action on May 19, 2023. ECF No. 1. Summonses for defendants were issued that same day. ECF No. 2. Plaintiff paid the filing fee and therefore is responsible for service of process on defendants. ECF No. 3. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

    On May 24, 2023, the Court ordered plaintiff to serve defendants and file proof of proper service by August 17, 2023. ECF No. 5. As plaintiff had failed to file proof of service by that date, on September 28, 2023, the Court again ordered plaintiff to file proof of service on defendants or to show good cause by October 19, 2023 why such service was not made. ECF No. 6. Plaintiff has not responded.

1

As plaintiff has failed to file proof of service or show good cause why service was not timely made, it is respectfully recommended that plaintiff's action should be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Such objections (and any responses to objections) shall be filed with the Clerk of the Court. Any request for an extension of time to file objections must be made within the fourteen-day period. Failure to file a timely objection to this Report generally waives any further judicial review. Marcella v. Capital Dist. Physicians' Health Plan, Inc., 293 F.3d 42, 46 (2d Cir. 2002); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); see Thomas v. Arn, 474 U.S. 140 (1985).

SO ORDERED.

                                                /S/
                                      LOIS BLOOM
                                      United States Magistrate Judge

Dated: December 7, 2023
       Brooklyn, New York